IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JENNIFER TYSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO: 7:23-cv-88 (WLS) |
| | : |
| GREAT AMERICAN COBBLER COMPANY, LLC, | : |
| | : |
| Defendant. | : |

**ORDER**

Pursuant to Local Rule 87, all nongovernmental corporate parties must file a Corporate Disclosure Statement with their initial pleading. M.D. Ga. L.R. 87. On October 27, 2023, Defendant Great American Cobbler Company, LLC filed their Answer (Doc. 7).

Accordingly, Defendant Great American Cobbler Company, LLC is hereby **ORDERED** to file a Corporate Disclosure Statement **immediately and no later than Monday, November 20, 2023.**

**SO ORDERED**, this 13th day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1