IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JENNIFER TYSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO: 7:23-cv-88 (WLS) |
| : | |
| GREAT AMERICAN COBBLER : | |
| COMPANY, LLC, : | |
| : | |
| Defendant. : | |

### **ORDER**

On February 12, 2024, Counsel for Plaintiff contacted the courtroom deputy asking for a phone conference pursuant to the Court's Scheduling and Discovery Order (Doc. 12). Pursuant to that Order, the parties may forgo a formal Rule 37 motion and, instead, request a phone conference with the Court to address a discovery dispute. To request a phone conference, the Parties shall provide the Court with a statement of the issue(s) and a concise statement of each party's position prior to the hearing. (Doc. 12 ¶ 6).

Plaintiff's counsel contends this phone conference is warranted to resolve a discovery dispute involving Defendant's failure to produce responses to interrogatories and documents responsive to Plaintiff's discovery requests; and failed to provide dates available for witnesses despite multiple requests. Although Defendant's counsel acknowledged receipt of the email requesting a phone conference, he did not provide a statement of Defendant's position on the issues raised by Plaintiff's counsel, as required by the Court's Scheduling and Discovery Order (Doc. 12).

Accordingly, Plaintiff's counsel's email request for a telephonic conference is, hereby, **GRANTED.** A phone conference is **SCHEDULED** for Thursday, February 22, 2024. The courtroom deputy will contact counsel for the Parties with instructions on how to attend the conference.

**SO ORDERED**, this 14th day of February 2023.

                                            <u>/s/ W. Louis Sands</u>
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**