IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JENNIFER TYSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO: 7:23-cv-88 (WLS) |
| | : |
| GREAT AMERICAN COBBLER COMPANY, LLC, | : |
| | : |
| Defendant. | : |

## ORDER

On February 22, 2024, the Court held a telephone conference to discuss a discovery issue between the Parties. After hearing from counsel for both parties, Defense counsel agreed to provide the requested discovery responses no later than Monday, March 4th, 2024. The Parties are hereby **ORDERED** to file a notice on the Docket no later than **Monday, March 4th, 2024**, indicating that Defense counsel has provided those responses. After such notice is filed, the Court will consider the discovery issue a matter that the Parties have resolved.

**SO ORDERED**, this 23rd day of February 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**