# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| JENNIFER TYSON,<br><br>    Plaintiff,<br><br>v.<br><br>GREAT AMERICAN COBBLER COMPANY, LLC<br><br>    Defendant. | Civil Action No.:<br>7:23-cv-00088-WLS<br><br>**Jury Trial Demanded** |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff and the Defendant herein and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action WITH PREJUDICE. Each party shall pay its own fees, costs, and expenses.

Respectfully submitted this 29th day of April, 2024.

*WE CONSENT AND SO STIPULATE:*

s/ *Julie H. Burke*
Julie H. Burke
Georgia Bar No. 448095
Hill, Kertscher & Wharton, LLP
3625 Cumberland Blvd. SE, Ste. 1050
Atlanta, GA 30339
Email: jb@hkw-law.com

*Counsel for Plaintiff*

/s/ *Chad R. Corlee* (with express permission)
Chad R. Corlee
Georgia Bar No. 11813
LAW OFFICE OF CHAD R. CORLEE, LLC
172 West Dame Avenue
Homerville, GA 31634
Email: chad@corleelaw.com

*Counsel for Defendant*

SO ORDERED this 30th day of April, 2024.

/s/ W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL** was e-filed on this 29th day of April, 2024 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

By: */s/ Julie Burke*
Julie Burke
Georgia Bar No. 448095

*Counsel for Plaintiff*

2