IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JENNIFER TYSON,                          *

                    Plaintiff,           *

v.                                              Case No. 7:23-cv-88 (WLS)

                                         *

GREAT AMERICAL COBBLER COMPANY,
LLC,                                     *

                    Defendant.           *

_____

## J U D G M E N T

Pursuant to this Court's Order dated April 30, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 30th day of April, 2024.

David W. Bunt, Clerk


s/ Kathleen S. Logsdon, Deputy Clerk